IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERIDITH JONES,<br><br>                Plaintiff,<br><br>    v.<br><br>LOVE YOUR MELON INC.,<br><br>                Defendant. | Case No. 1:20-cv-10895 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, and with each party bearing her and its own costs, pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii).

Dated: November 18, 2020          Respectfully Submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton (BBO# 678331)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Phone: (617) 398-5600
jason@blockesq.com

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
Kevin J. Abramowicz
Pa. No. 320659
**EAST END TRIAL GROUP LLC**
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

*Counsel for Plaintiff*

/s/  Tony K. Lu
Tony K. Lu (BBO# 678791)
DENTONS US LLP
One Beacon Street
Suite 25300
Boston, Massachusetts 02108
(617) 235-6817 (telephone)
(617) 235-6899 (fax)
tony.lu@dentons.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: November 18, 2020

*/s/ Jason M. Leviton*
Jason M. Leviton